UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRUSTEES OF THE LABORERS
PENSION TRUST FUND – DETROIT
AND VICINITY, et al.,

      Plaintiffs,                              Case No. 24-cv-13375
                                                        Hon. Matthew F. Leitman

v.

STEVENSON CONSTRUCTION
COMPANY,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: March 4, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2025, by electronic means and/or ordinary mail.

                                                          s/Holly A. Ryan
                                                          Case Manager
                                                          (313) 234-5126